**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANGELA RAMONITA GONZALEZ,

                     Plaintiff,                20 **CIVIL** 6299 (KMK) (PED)

    -v-                                **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated September 15, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is,

remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings.

**Dated:**  New York, New York
          September 16, 2021

                         **RUBY J. KRAJICK**

                            **Clerk of Court**

         **BY:**

                            **Deputy Clerk**